# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| DEBORAH ELIZABETH GOUCH-ONASSIS, | Case No. 2:24-cv-06991-CBM-MAR |
| Plaintiff, | **JUDGMENT** |
| vs. | |
| BJS RESTAURANT AND BREWHOUSE, *ET AL,* | JS-6 |
| Defendants. | |

# JUDGMENT

Pursuant to the Court's Order granting Defendant's motion for summary judgment (Dkt. No. 168), it is hereby **ORDERED, ADJUDGED, AND DECREED** that:

1. Judgment is entered in favor of Defendants against Plaintiff;
2. The claims against Defendants are hereby dismissed.

Dated: January 8, 2026



Hon. Consuelo B. Marshall
United States District Judge